MAYOR AND COMMON COUNCIL OF BOONTON, respondents,

v.

UNITED WATER SUPPLY COMPANY, appellant.

[Submitted December 7th, 1914. Decided March 1st, 1915.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Lewis, whose opinion is reported in *83 N. J. Eq. 536.*

*Mr. Frank H. Pierce,* for the respondent.

*Messrs. King & Vogt,* for the appellant.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Lewis.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, TRENCHARD, PARKER, BERGEN, MINTURN, KALISCH, BLACK, BOGERT, VREDENBURGH, WHITE, TERHUNE, HEPPENHEIMER, WILLIAMS—15.

*For reversal*—None.